

DAVID E. DE LORENZI
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

November 20, 2015

**VIA ECF**

The Honorable Mary L. Cooper, U.S. District Judge
United States District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 5W
Trenton, New Jersey 08608

      Re:  *Aptalis Pharma US Inc., et al. v. Mylan, Inc.*
            Civil Action No. 13-cv-4158 (MLC) (LHG)

Dear Judge Cooper:

    Plaintiffs Aptalis Pharma US Inc. and Aptalis Pharma Canada, ULC (collectively, "Aptalis") and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan") have reached a resolution and jointly submit the attached Stipulation and Order of Dismissal for Your Honor's consideration. If You Honor finds the document acceptable, the parties respectfully request that Your Honor please order and direct the entry of the Stipulated Dismissal on the docket.

    The parties thank the Court for its consideration, patience, and assistance in this matter. If the Court would like to discuss this matter with the parties, the parties will make themselves available at the Court's convenience.

                                  Respectfully yours,

                                  s/ David E. De Lorenzi

Attachment

cc:      Counsel of Record (via email)