# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| APTALIS PHARMA US INC. and APTALIS PHARMA CANADA, ULC, <br><br>  Plaintiffs, <br> vs. <br><br> MYLAN PHARMACEUTICALS INC., and MYLAN INC., <br><br>  Defendants. | Civil Action No. 13-cv-4158 (MLC)(LHG) <br><br> **RECEIVED** <br><br> NOV 2 0 2015 <br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and (c), Fed. R. Civ. P., Aptalis Pharma US Inc. and Aptalis Pharma Canada, ULC ("Plaintiffs") and Mylan Pharmaceuticals Inc. and Mylan Inc. ("Defendants"), having settled their respective claims and disputes, through their respective counsel, stipulate and agree, subject to the Court's approval, that all claims and counterclaims in this action are dismissed without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims, defenses, and counterclaims set forth in Plaintiffs' and Defendants' pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

2. Plaintiffs and Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

3. This Court has jurisdiction over Plaintiffs and Defendants for the purposes of enforcing this Stipulation and Order of Dismissal.

4. This Stipulation and Order of Dismissal shall resolve this Action between Plaintiffs and Defendants.

5. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

Dated: November 20, 2015

/s/ David E. De Lorenzi
Michael R. Griffinger
David E. De Lorenzi
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973.596.4500
Facsimile: 973.596.0545

Richard de Bodo (pro hac vice)
(rich.debodo@morganlewis.com)
Olga Berson (pro hac vice)
(olga.berson@morganlewis.com)
MORGAN LEWIS & BOCKIUS LLP
The Water Garden
1601 Cloverfield Blvd.
Suite 2050 North
Santa Monica, CA 90404-4082
Telephone: 310.907.1000
Facsimile: 310.595.2000

Susan Baker Manning (pro hac vice)
(susan.manning@morganlewis.com)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

*Attorneys for Plaintiffs*
*Aptalis Pharma US Inc. and*
*Aptalis Pharma Canada ULC*

/s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
Telephone: (973) 622-3333
Facsimile: (973) 286-2465

Nicole W. Stafford (nstafford@wsgr.com)
Anna Phillips (anphillips@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400

Matthew R. Reed (mreed@wsgr.com)
Nancy Zhang (nzhang@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 565-3990

Dennis Gregory (dgregory@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

**IT IS SO ORDERED.**

Date: Nov. 20, 2015

Mary L. Cooper
UNITED STATES DISTRICT JUDGE