**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

January 7, 2016

**BY ELECTRONIC FILING**

The Honorable Lois H. Goodman
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *Aptalis US Pharma Co., et al. v. Mylan Pharmaceuticals Inc., et al.*
               **Civil Action No. 3:13-cv-4158 (MLC)(LHG)**

Dear Judge Goodman:

      We, along with our co-counsel, Wilson Sonsini Goodrich & Rosati, represent defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"), in the above matter.

      Pursuant to Your Honor's December 29, 2015 Order (ECF No. 201) denying without prejudice Plaintiffs Aptalis Pharma US Inc. and Aptalis Pharma Canada ULC's ("Aptalis") Motions to Seal (ECF Nos. 142 and 153), we write to inform the Court that Mylan does not intend to supplement Aptalis's motions to seal inasmuch as the documents that Aptalis seeks to seal do not contain Mylan confidential information.

      We thank the Court for its consideration in this matter. Naturally, if the Court has any questions, we would be pleased to respond at the Court's earliest convenience.

                                       Respectfully submitted,

                                       Arnold B. Calmann

ABC/kae

cc: All counsel of record (by Electronic Mail)